# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>vs.<br><br>IGNACIO CARPENA-ESPINOZA (1)<br><br>                              Defendant. | Case No. 14CR0349-GPC<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JUL 28 2015<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

__ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

__ the Court has granted the motion of the defendant for a judgment of acquittal; or
__ a jury has been waived, and the Court has found the defendant not guilty; or

__ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

   8 USC 1326(a),(b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 7/28/2015

_____
Hon. Gonzalo P. Curiel
United States District Judge